CITY OF LEWISTOWN, APPELLANT, *v.* WARR, RESPONDENT.

(No. 3,651.)

(Submitted March 30, 1916.   Decided May 8, 1916.)

[157 Pac. 954.]

(For syllabus, see *City of Lewistown* v. *Warr, ante,* p. 353.)

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

ACTION by City of Lewistown against Helen Warr. Judgment for defendant and plaintiff appeals. Affirmed.

*Mr. I. B. Kirkland,* for Appellant.

*Mr. O. W. Belden,* for Respondent.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The facts in this case are identical with those in cause No. 3650 (*ante,* p. 353, 157 Pac. 953), and upon the authority of that case the judgment herein is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.